ISAAC FENNO et al., Appellants, *v.* JOHN W. HANNAN, as Sheriff, etc., et al., Respondents.

(Submitted March 6, 1891; decided April 21, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 25, 1890, which denied a motion for a new trial and ordered judgment in favor of defendants upon a verdict directed by the court.

*Fanning & Williams* for appellants.

*David Hays* for respondents.

Agree to affirm; no opinion.
All concur, except POTTER and BRADLEY, JJ., not voting.
Judgment affirmed.

---

FANNIE HIGGINS et al., Appellants, *v.* UNION TRUST COMPANY, as Administrator, etc., et al., Respondents.

(Argued April 6, 1891; decided April 21, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 23, 1890, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Daniel S. Remsen* for appellants.

*Hoffman Miller* for Union Trust Co., respondent.

*John V. B. Lewis* for Lind et al., respondents.

*William C. Beecher* for infant respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.